

# NUMBER 13-17-00638-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JO LEIGH ARES,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 404th District Court
### of Cameron County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Longoria, and Hinojosa
### Order Per Curiam

This cause is before the Court on appellant's first unopposed motion for extension of time to file the brief. Appellant's brief was originally due to be filed on January 10, 2018. Appellant is requesting until February 12, 2018, to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's first unopposed motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order.

**Appellant's first motion for extension of time to file the brief is hereby granted and counsel for appellant is hereby ORDERED to file the appellate brief with this Court on or before February 12, 2018. Further motions for extension of time will not be favorably entertained by the Court.**

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of January, 2018.